9

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED
SEP 0 1 1998
Michael N. Milby
Clerk of Court

Antonio Gonzalez Contreras §
§
versus §   CIVIL ACTION B 95-113
§
Essie Chamberlain, et al §
§

United States District Court
Southern District of Texas
ENTERED
SEP 0 2 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on ____September 1____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge